■ The People of the State of New York, Respondent, v Ian Lovell, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Leone, J.), rendered November 20, 1984, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

While the trial court erred in charging the jury that "the fact that the defendant did not testify is not a factor from which any inference unfavorable to the defendant may be drawn", in the absence of a request for such charge by the

defendant, the error was harmless in view of the overwhelming evidence of the defendant's guilt *(see, People v Koberstein,* 66 NY2d 989; *People v Vereen,* 45 NY2d 856, 857). We have considered all of the defendant's other claims and find them to be without merit. Weinstein, J. P., Niehoff, Lawrence and Kooper, JJ., concur.